LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701

March 17, 2015

**BY ECF**

Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, NY 10007

    Re: *Reich, et al. v. Betancourt Lopez, et al.*, No. 13 Civ. 5307

Dear Judge Oetken:

    We represent Defendant Leopoldo Alejandro Betancourt Lopez in the above-captioned case. We write on consent of all parties to request an extension of the briefing schedule on Plaintiffs' March 10, 2015 Motion to Vacate the Court's Interim Sealing Order and Unseal Documents Previously Filed Under Seal.

    Defendants' opposition papers are currently due on March 24, 2015, and Plaintiffs' reply papers are currently due on March 31, 2015. The parties seek to set deadlines of April 6, 2015 and April 23, 2015 for Defendants' opposition papers and Plaintiffs' reply papers, respectively. This is the first request for an extension of these deadlines. The parties seek the extension because of the volume of sealed material to be reviewed and to allow the parties to attempt to narrow or resolve the issues to be presented to the Court.

    We enclose a stipulation and order, signed by the parties, for your consideration.

                                             Respectfully submitted,

                                             Julia C. Green

enclosure

cc:    <u>By ECF</u>
       Mark. W. Smith, Esq.
       Joseph A. DeMaria, Esq.
       Shawn H. Rabin, Esq.