UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
THE HONORABLE OTTO J. REICH and OTTO :
REICH ASSOCIATES, LLC, :
:
                             Plaintiffs, :        13-CV-5307 (JPO)
:
              -v- :        ORDER
:
LEOPOLDO ALEJANDRO BETANCOURT :
LOPEZ, PEDRO JOSE TREBBAU LOPEZ, and :
FRANCISCO D'AGOSTINO CASADO, :
                             Defendants. :
-------------------------------------------------------------- X

J. PAUL OETKEN, District Judge:

The parties[1] are hereby ordered to appear for a telephone conference on March 26, 2015, at 11:00 AM, to discuss the pending motion to unseal the docket in this case. The parties are directed to jointly call 212-805-0266 at 10:55 AM.

    SO ORDERED.

Dated: March 24, 2015
       New York, New York

                                                  _____
                                                      J. PAUL OETKEN
                                                 United States District Judge

---

[1] Counsel for Francisco D'Agostino Casado may appear but is not required to.