UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE HONORABLE OTTO J. REICH and
OTTO REICH ASSOCIATES, LLC,

    Plaintiffs,

vs.

LEOPOLDO ALEJANDRO BETANCOURT
LOPEZ, PEDRO JOSE TREBBAU LOPEZ, and
FRANCISCO D'AGOSTINO CASADO,

    Defendants.

**Defendants' Public Filing**

~~SEALED DOCUMENT~~

ECF CASE

13 CV 5307 (PJO)

**ATTORNEY'S DECLARATION OF JOSEPH A. DEMARIA
IN SUPPORT OF THE RENEWED MOTION BY
DEFENDANT PEDRO JOSE TREBBAU LOPEZ
TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Joseph A. DeMaria declares under penalty of perjury as follows:

    1.    I am a partner of the firm of Fox Rothschild LLP, counsel for Defendant Pedro Jose Trebbau Lopez ("Mr. Trebbau") in the above-captioned action. I make this declaration in support of the Renewed Motion by Defendant Trebbau to Dismiss Claims Third, Fourth, Fifth, and Sixth of Plaintiffs' First Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(2), for lack of personal jurisdiction.

    2.    Attached hereto as Exhibit A is a true and correct copy of the transcript of the December 12, 2014 deposition of Mr. Trebbau (without exhibits).

    3.    Attached hereto as Exhibit B is a true and correct copy of the September 5, 2014 Declaration of Pedro Jose Trebbau Lopez in Support of the Motion by Defendants Leopoldo

Alejandro Betancourt Lopez and Pedro Jose Trebbau Lopez to Stay Obligations to Answer (with exhibits) (D.E. 67).

4. Attached hereto as Exhibit C is a true and correct copy of Defendant Pedro Jose Trebbau Lopez's October 30, 2014 Responses to Plaintiffs' First Set of Interrogatories.

5. Attached hereto as Exhibit D is a true and correct copy of Defendant Pedro Jose Trebbau Lopez's December 9, 2014 Supplemental Responses to Interrogatory Nos. 1 and 5 of Plaintiffs' First Set of Interrogatories.

6. Attached hereto as Exhibit E is a true and correct copy of Defendant Pedro Jose Trebbau Lopez's November 26, 2014 Responses to Plaintiffs' Second Set of Interrogatories Concerning Personal Jurisdiction Only.

7. Attached hereto as Exhibit F is a true and correct copy of Defendant Pedro Jose Trebbau Lopez's December 3, 2014 Responses to Plaintiffs' Second Request for Production of Documents.

8. Attached hereto as Exhibit G is a true and correct copy of the December 23, 2014 Declaration of Pedro Jose Trebbau Lopez in Support of Renewed Motion to Dismiss First Amended Complaint for Lack of Personal Jurisdiction (with exhibit).

9. Attached hereto as Exhibit H is a true and correct copy of excerpts of the December 9, 2014 deposition transcript of Defendant Leopoldo Alejandro Betancourt Lopez (without exhibits).

10. Attached hereto as Exhibit I is a true and correct copy of excerpts of the December 17, 2014 deposition transcript of Defendant Francisco D'Agostino Casado (without exhibits).

ACTIVE 28478126v1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Miami, Florida
      December 23, 2014

*[signature]*
Joseph A. DeMaria (jdemaria@foxrothschild.com)