UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE HONORABLE OTTO J. REICH and OTTO REICH ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LEOPOLDO ALEJANDRO BETANCOURT LOPEZ, PEDRO JOSE TREBBAU LOPEZ, and FRANCISCO D'AGOSTINO CASADO,<br><br>Defendants. | Civ. No. 13 CV 5307 (JPO)<br><br>ECF CASE |

## PLAINTIFFS' NOTICE OF MOTION PURSUANT TO FED. R. CIV. P. 15(a)(2) FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 15(a)(2) for Leave to File Second Amended Complaint, dated April 27, 2015; the Declaration of Mark W. Smith, Esq., with exhibits, dated April 27, 2015; and upon all prior proceedings herein, Plaintiffs the Honorable Otto J. Reich and Otto Reich Associates, LLC ("Plaintiffs"), by their attorneys Smith Valliere PLLC, will move before the Honorable J. Paul Oetken of the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York, at a date and time to be determined by the Court, pursuant to Fed. R. Civ. P. 15(a)(2) for leave to file their Second Amended Complaint in this action, and granting Plaintiffs such other and further relief as the Court may deem just and proper.

Dated: New York, New York
April 27, 2015

                                      SMITH VALLIERE PLLC

                                      By: _____
                                           Mark W. Smith, Esq.
                                           Noelle Kowalczyk, Esq.

                                      1221 Avenue of the Americas, 42nd Floor
                                      New York, New York  10020
                                      (212) 755-5200
                                      msmith@svlaw.com
                                      nkowalczyk@svlaw.com

                                      *Attorneys for Plaintiffs*
                                      *The Honorable Otto J. Reich and*
                                      *Otto Reich Associates, LLC*

## CERTIFICATE OF SERVICE

I hereby certify this 27th day of April, 2015, that I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following attorneys of record, and is available for viewing and downloading:

Frank H. Wohl, Esq.
Julia C. Green, Esq.
Lankler Siffert & Wohl
500 Fifth Avenue, 34th Floor
New York, NY 10110
*Attorneys for Defendant Leopoldo Alejandro Betancourt Lopez*

Joseph A. DeMaria, Esq.
Fox Rothschild LLP
200 South Biscayne Blvd.
Suite 3590
Miami, FL 33131
*Attorneys for Defendant Pedro Jose Trebbau Lopez*

Shawn Rabin, Esq.
Susman Godfrey, LLP
560 Lexington Avenue, 15th Floor
New York, NY 10022
*Attorneys for Defendant Francisco D'Agostino Casado*

_____
Mark W. Smith