UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE HONORABLE OTTO J. REICH and, OTTO REICH ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> LEOPOLDO ALEJANDRO BETANCOURT LOPEZ, PEDRO JOSE TREBBAU LOPEZ, and FRANCISCO D'AGOSTINO CASADO, <br><br> Defendants. | No. 13 CV 5307 (JPO) <br><br> ECF CASE <br><br> **REDACTED VERSION OF DOCUMENT FILED UNDER SEAL ON MAY 1, 2015** |

## REPLY DECLARATION OF NOELLE KOWALCZYK, ESQ.

I, NOELLE KOWALCZYK, declare under the penalties of perjury under the laws of the United States of America that the below is true and correct:

1. I am an attorney duly admitted to practice before the courts of the State of New York and this Court, and a member of the law firm of Smith Valliere PLLC, attorneys for Plaintiffs the Honorable Otto J. Reich and Otto Reich Associates, LLC (together, "Plaintiffs") in the above-referenced action.

2. I make this reply declaration in further support of Plaintiffs' Motion to Vacate the Court's Interim Sealing Order and Unseal Documents Previously Filed Under Seal.

3. Attached hereto as Exhibit A is Plaintiffs' Table Summarizing Defendants' Redactions to Documents Submitted in Opposition to Defendants' Renewed Fed. R. Civ. P. 12(b)(2) Motions and Related Documents.

4. Attached hereto as Exhibit B is a true and correct printout of the webpage available at ███████████████████████████████████████.

5. Attached hereto as Exhibit C is a true and correct printout of the webpage available at ███████████████████████████████

6. Attached hereto as Exhibit D is a true and correct printout of the webpage available at ███████████████████████████████.

7. Attached hereto as Exhibit E is a true and correct printout of the webpage available at ███████████████████████████████

8. Attached hereto as Exhibit F is a true and correct printout of the webpage available at ██████

███████████████████████████████████

9. Attached hereto as Exhibit G is a true and correct printout of the webpage available at ████████████████████

10. Attached hereto as Exhibit H is a true and correct printout of the webpage available at ███████████████████████████████

██████.

Dated: New York, New York
May 1, 2015

_____
NOELLE KOWALCZYK

# CERTIFICATE OF SERVICE

I hereby certify this 4th day of May, 2015, that I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following attorneys of record, and is available for viewing and downloading:

Frank H. Wohl
Julia C. Green
Lankler Siffert & Wohl
500 Fifth Avenue, 34th Floor
New York, NY 10110
*Attorneys for Defendant Leopoldo Alejandro Betancourt Lopez*

Joseph A. DeMaria
Fox Rothschild LLP
200 South Biscayne Blvd.
Suite 3590
Miami, FL 33131
*Attorneys for Defendant Pedro Jose Trebbau Lopez*

Shawn Rabin
Susman Godfrey, L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
*Attorneys for Defendant Francisco D'Agostino Casado*

_____
Noëlle Kowalczyk