# Exhibit A to Declaration of Noelle Kowalczyk, Esq., sworn to May 1, 2015

# Exhibit A Filed Under Seal