# Exhibit B to Declaration of Noelle Kowalczyk, Esq., sworn to May 1, 2015

# Exhibit B Filed Under Seal