UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE HONORABLE OTTO J. REICH and OTTO REICH ASSOCIATES, LLC §§§§§ Plaintiffs, §§ v. §§§§ LEOPOLDO ALEJANDRO BENTANCOURT LOPEZ, PEDRO JOSE TREBBAU LOPEZ and FRANCISCO D'AGOSTINO CASADO, §§§§§ Defendants. § | 13 CIV 5307(JPO) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/15

## ORDER FOR ADMISSION PRO HAC VICE

The motion of E. Lindsay Calkins, for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the state of Washington; and that her contact information is as follows

**Applicant's Name:** E. Lindsay Calkins

**Firm Name:** Susman Godfrey L.L.P.

**Address: City / State / Zip:** 1201 Third Avenue, Suite 3800, Seattle, WA 98101-3000

**Telephone / Fax:** (206) 516-3880/(206) 516-3883

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Francisco D'Agostino Casado in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 6/19/15

_____
United States District / Magistrate Judge